FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JAN 13 PM 12: 04
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ONEWEST BANK, FSB, | ) |
| | ) |
| Plaintiff, | ) Civil Action File |
| | ) No. 4:15-cv-00232-WTM-GRS |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) [formerly Superior Court of Chatham |
| | ) County, Georgia, Case No. |
| Defendant. | ) CV-0601-WA] |

## ORDER

The Court, having read the parties' Joint Motion for Leave to Conduct Status Conference Telephonically [Doc. 13] and finding same to be well-supported and good cause to have been shown, hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT the parties' counsel are excused from appearing in person to conduct their status conference required under the Court's Scheduling Order [Doc 10] and that the parties' counsel may conduct that conference telephonically.

SO ORDERED this 13th day of January, 2016.

_____
HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA