FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUN 22 AM 10: 57

CLERK
SO. DIST. OF GA. 

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ONEWEST BANK, FSB,         )
                           )
    Plaintiff,             )
                           )
v.                         )   CASE NO. CV415-232
                           )
UNITED STATES OF AMERICA,  )
                           )
    Defendant.             )
                           )

## ORDER

Before the Court is the Parties' Joint Motion to Enter Final Order by Consent. (Doc. 16.) After careful consideration and while noting the agreement of all parties, the order is **APPROVED** and **ADOPTED** as the order of this Court. The Clerk of Court is **DIRECTED** to enter final judgment in accordance with the terms of the proposed amended consent order (Doc. 16, Attach. 1) and **close** this case.

SO ORDERED this 22nd day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA